No. 682. BESSIE TYRRELL, ETC., v. CHARLES B. SHAFFER ET AL. Certiorari to the Supreme Court of the State of Oklahoma. Submitted March 6, 1919. Decided March 10, 1919. *Per Curiam.* Affirmed with costs upon the authority of *Gilcrease* v. *McCullough, ante,* 178. *Mr. Henry B. Martin* and *Mr. Richard Clyde Allen* for petitioners. *Mr. Malcolm E. Rosser* for respondents.

———

No. ——, Original. *Ex parte:* IN THE MATTER OF JOHN F. DEITZ, PETITIONER. Submitted March 3, 1919. Decided March 10, 1919. Motion for leave to file petition for a writ of *habeas corpus* herein denied. *Mr. Frederick S. Tyler* for petitioner.